IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>In the Matter of Kristin Lynn Day - #269679 | No. C 14-80122 WHA<br><br>**ORDER OF SUSPENSION** |

Because Kristin Lynn Day has failed to respond to the order to show cause, Ms. Day's membership in the bar of this Court is hereby **SUSPENSED**.

**IT IS SO ORDERED.**

Dated: June 26, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE